UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

YISROEL GELB,

              Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
FIFTH THIRD BANK, AMERICAN EXPRESS
NATIONAL BANK, JPMORGAN CHASE
BANK, N.A., BARCLAYS BANK
DELAWARE, U.S. BANK, N.A., and
CITIBANK, N.A.,

              Defendants.

--------------------------------------------------------------x

**ORDER**

21 CV 11049 (VB)

      Plaintiff commenced the instant action on December 23, 2021.

      On January 3, 2022, plaintiff docketed affidavits of service indicating service on defendants JP Morgan Chase Bank, N.A. ("Chase") and American Express National Bank ("American Express") on December 30, 2021. (Docs. ##21–22). Accordingly, Chase and American Express had until January 20, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, Chase and American Express have not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that Chase and American Express remain in default, plaintiff is ORDERED to seek a certificate of default by **February 7, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against Chase and American Express by **February 21, 2022**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: January 24, 2022
      White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge