UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YISROEL GELB,
                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
FIFTH THIRD BANK AMERICAN EXPRESS
NATIONAL BANK, JP MORGAN CHASE
BANK, N.A., BARCLAYS BANK
DELAWARE, U.S. BANK, N.A., and
CITIBANK, N.A.,
                Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 11049 (VB)

    The Court has been advised that the plaintiff and defendant Citibank, N.A. ("Citibank") have settled this case. (Doc. #44). Accordingly, it is hereby ORDERED that this action is dismissed as to Citibank without costs, and without prejudice to the right to restore the action as to Citibank to the Court's calendar, provided the application is made by no later than April 11, 2022. To be clear, any application to restore the action must be filed by April 11, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances respecting Citibank in this action are cancelled. Any pending motions respecting Citibank are moot.

Dated: February 9, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge