UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YISROEL GELB,
                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
FIFTH THIRD BANK AMERICAN EXPRESS
NATIONAL BANK, BARCLAYS BANK
DELAWARE, and U.S. BANK, N.A.,
                Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL** *AS TO EQUIFAX and BARCLAYS ONLY*

21 CV 11049 (VB)

The Court has been advised that the plaintiff and defendants Equifax Information Services, LLC ("Equifax"), and Barclays Bank Delaware ("Barclays") have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed <u>as to Equifax and Barclays</u> without costs, and without prejudice to the right to restore the action as to Equifax and Barclays to the Court's calendar, provided the application is made by no later than June 28, 2022. To be clear, any application to restore the action must be filed by June 28, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances respecting Equifax and Barclays in this action are cancelled. Any pending motions respecting Equifax and Barclays are moot.

Dated: April 29, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge