UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YISROEL GELB,
                     Plaintiff,

v.

AMERICAN EXPRESS NATIONAL BANK
and U.S. BANK, N.A.,
                     Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL AS TO U.S. BANK, N.A. ONLY**

21 CV 11049 (VB)

       The Court has been advised that the plaintiff and defendant U.S. Bank, N.A. ("U.S. Bank") have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed as to U.S. Bank without costs, and without prejudice to the right to restore the action as to U.S. Bank to the Court's calendar, provided the application is made by no later than July 18, 2022. To be clear, any application to restore the action must be filed by July 18, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, scheduled conferences, or other scheduled court appearances respecting U.S. Bank in this action are cancelled. Any pending motions respecting U.S. Bank are moot.

Dated: May 19, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge