UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

YISROEL GELB,                                    :
                              Plaintiff,         :
                                                 :
v.                                               :
                                                 :
AMERICAN EXPRESS NATIONAL BANK,                  :
                              Defendant.         :
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/22

**ORDER**

21 CV 11049 (VB)

On December 23, 2021, plaintiff commenced the instant action against Equifax Information Services, LLC ("Equifax"); Fifth Third Bank; American Express National Bank ("American Express"); JP Morgan Chase Bank, N.A. ("Chase"); Barclays Bank Delaware ("Barclays"); U.S. Bank, N.A. ("US Bank"); and Citibank, N.A. ("Citibank"). (Doc. #1).

On March 4, 2022, Citibank was terminated from the action by a so-ordered Notice of Voluntary Dismissal. (Doc. #55).

On April 6, 2022, the Court entered a Stipulation and Order to stay the action as to American Express pending the completion of the arbitration with American Express. (Doc. #57).

On April 29, 2022, the Court entered an Order of Dismissal dismissing Equifax and Barclays from the action without prejudice to restoring the action as to either party, provided the application was made no later than June 28, 2022. (Doc. #63).

On May 9, 2022, Fifth Third Bank was terminated from the action by a Stipulation and Order of Dismissal. (Doc. #68).

On June 23, 2022, U.S. Bank was terminated from the action by a Stipulation and Order of Dismissal. (Doc. #76).

Because the only remaining defendant in this case is American Express, and the case as to American Express is stayed pending the completion of arbitration, the Clerk is directed to administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

Dated: June 27, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge